Melinda Gabriella **VALENZUELA**, fka
Enrique Mendez, Plaintiff–
Appellant,

v.

Charles L. **RYAN**; et al., Defendants–
Appellees.

No. 15–15741.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 18, 2015.*

Filed Nov. 27, 2015.

Melinda Gabriella Valenzuela, Florence,
AZ, pro se.

Before: TASHIMA, OWENS, and
FRIEDLAND, Circuit Judges.

MEMORANDUM **

Melinda Gabriella Valenzuela, an Arizona state prisoner, appeals pro se from the district court's judgment in her 42 U.S.C. § 1983 action alleging that she was sexually assaulted by prison staff. We have jurisdiction under 28 U.S.C. § 1291. We reverse and remand.

The district court erred in dismissing Valenzuela's action because, even in light of her previous lawsuits, the allegations in Valenzuela's complaint were not factually frivolous. *See Denton v. Hernandez,* 504 U.S. 25, 32–33, 112 S.Ct. 1728, 118 L.Ed.2d 340 (1992) (explaining that "a court may dismiss a claim as factually frivolous only if the facts alleged are clearly baseless, a category encompassing allegations that are fanciful, fantastic, and ·delusional" and a complaint "may not be dismissed ... simply because the court finds the plaintiff's allegations unlikely").

**REVERSED and REMANDED.**

Before: TASHIMA, OWENS, and
FRIEDLAND, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

